# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL PERAZA, | : | Civil No. 3:13-CV-997 |
| Plaintiff, | : | |
| v. | : | (Judge Jones) |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |
| PAUL PERAZA, | : | Civil No. 3:13-CV-1316 |
| Plaintiff, | : | |
| v. | : | (Judge Jones) |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |
| PAUL PERAZA, | : | Civil No. 3:15-CV-1830 |
| Plaintiff, | : | |
| v. | : | (Judge Jones) |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

## MEMORANDUM AND ORDER

These three lawsuits were referred to the undersigned on January 18, 2019. Examination of the dockets reveal that there has been no substantive action in any of

1

these lawsuits since February 2017. Accordingly, IT IS ORDERED that the parties shall file status reports in these three cases on or before **February 22, 2019** which:

1. Provide the current status of these lawsuits;

2. Provide a proposed schedule for the expedited resolution of this litigation; and

3. Explain why these cases either should, or should not, be dismissed for failure to prosecute.

The plaintiff, who is proceeding *pro se,* is placed on notice that a failure to comply with this direction may result in the dismissal of this case pursuant to Ruel 41 for failure to prosecute.

SO ORDERED, this 4th day of February 2019.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge